**Order filed October 7, 2021**



In The

# Eleventh Court of Appeals

_____

### Nos. 11-21-00071-CR, 11-21-00072-CR, 11-21-00073-CR, 11-21-00074-CR, 11-21-00075-CR, 11-21-00076-CR, 11-21-00077-CR, & 11-21-00078-CR

_____

### LANDON BRODIE HARRIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 32nd District Court
### Mitchell County, Texas
### Trial Court Cause Nos. 8001A, 8002A, 8003A, 8005A, 8006A, 8008A, 8125, & 8126

---

### O R D E R

Appellant, Landon Brodie Harris, has filed a motion to consolidate his appeals in this court. Appellant indicates in his motion that he pled guilty to each count at issue in these eight appeals. The trial court held a punishment hearing and then assessed punishment for all of the offenses. Appellant requests that these appeals be

consolidated into a single appeal so as to alleviate the undue burden of filing identical documents in each of the eight appeals. Appellant also indicates that the State does not oppose the motion.

We grant Appellant's motion to consolidate his appeals. Accordingly, we consolidate our Cause Nos. 11-21-00072-CR, 11-21-00073-CR, 11-21-00074-CR, 11-21-00075-CR, 11-21-00076-CR, 11-21-00077-CR, and 11-21-00078-CR into our Cause No. 11-21-00071-CR for all purposes. All future correspondence and filings related to the appeals from trial court cause nos. 8001A, 8002A, 8003A, 8005A, 8006A, 8008A, 8125, & 8126 should bear this court's docket number 11-21-00071-CR.

PER CURIAM

October 7, 2021

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.